UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                               Case No. 17-cr-56-pp

ROBERT RUTLEY,

    Defendant.

**ORDER GRANTING MOTION FOR ENTRY OF FINAL ORDER OF FORFEITURE AND JUDGMENT (DKT. NO. 31)**

On May 4, 2017, the parties filed an executed plea agreement between the government and defendant Robert Rutley. Dkt. No. 16. In the agreement, the defendant admitted that he had used the property recovered from his residence to facilitate the offense to which he was pleading guilty (distributing child pornography in violation of 18 U.S.C. §2252A(a)(2)), and agreed to the forfeiture of that property. Id. at ¶31. The court entered a preliminary order of forfeiture on July 5, 2017, in which it ordered the United States to publish notice of the court's order and of the government's intent to dispose of the property according to law. Dkt. No. 19.

On January 22, 2018, the government filed a motion for order of forfeiture and judgment, together with an affidavit from Assistant United States Attorney Scott Campbell. Dkt. Nos. 31, 32. The affidavit reported that (a) under 21 U.S.C. §853(n)(1), the government had mailed written notice of forfeiture to all parties of record who might have a claim or interest in the property covered by this court's July 5, 2017 forfeiture order; and (b) no interested parties had

1

asserted a claim for the forfeited property within the thirty days following the final publication of notice. Dkt. No. 30. Given this representation, the court is satisfied that the government has met the conditions imposed by 18 U.S.C. §2253, governing criminal forfeiture of property.

The court **GRANTS** the government's motion for order of forfeiture and final judgment. Dkt. No. 31. The court **ORDERS** that under 18 U.S.C. §2253, the United States of America has clear title to the following property, and may dispose of the property according to law:

> the Samsung Galaxy tablet computer, model SM-T530NU, bearing serial number R52G2153Q8E.

Dated in Milwaukee, Wisconsin this 25th day of January, 2018.

**BY THE COURT:**

_____
**HON. PAMELA PEPPER
United States District Judge**